# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERTO RAMOS,<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA | :<br>:<br>:<br>:    No. 5:15-cr-00272<br>:<br>: |

## O R D E R

**AND NOW,** this 18th day of October, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Defendant's request for a sentence reduction, ECF No. 96, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge