UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :  No.   5:15-cr-00272 |
| | : |
| GILBERTO RAMOS, | : |
|        Defendant. | : |

**O R D E R**

**AND NOW,** this 23rd day of July, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Defendant's motion for criminal history amendment based on Amendment 821 to the Sentencing Guidelines, *see* ECF No. 100, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge